UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYANNE MCNEESE, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-02810 |
| LONE STAR COLLEGE SYSTEM, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant Lone Star College System's Motion for Summary Judgment (Doc. #13), Plaintiff Ryanne McNeese's Response (Doc. #14), and Defendant's Reply. (Doc. #15). After reviewing counsels' arguments, submissions, and the applicable legal authority, the Court denies Defendant's Motion for Summary Judgment.

Ms. Ryanne McNeese ("Plaintiff") is a math professor at Lone Star College ("the College"), in Montgomery County, Texas. Plaintiff brought this action alleging retaliation under Title VII of the Civil Rights Act of 1964. 42 U.S.C. § 2000e–3. ("Title VII"). Plaintiff alleges that her supervisor, Dean Deborah Ellington, denied her requests to teach overload courses in retaliation for Plaintiff filing an internal grievance against a co-worker, and for filing discrimination and retaliation complaints with the College's Human Resources Department and with the Equal Employment Opportunity Commission ("EEOC").

The Court finds that there are fact issues as to whether Plaintiff experienced a materially adverse employment action when she was denied the opportunity to teach overload courses subsequent to engaging in the alleged protected activities and whether Defendant's proffered

explanations for the denial of these teaching opportunities were mere pretext. Accordingly, Defendant's Motion for Summary Judgment is DENIED.

It is so ORDERED.

MAY 3 1 2018
Date

The Honorable Alfred H. Bennett
United States District Judge